November 25, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-25-00024-CV

MIKE MORATH, IN HIS OFFICIAL CAPACITY AS TEXAS
COMMISSIONER OF EDUCATION AND LA VILLA INDEPENDENT
SCHOOL DISTRICT, Appellants

V.

DR. PAZ ELIZONDO, Appellee

This cause, an appeal from the judgment in favor of appellee, Dr. Paz Elizondo, signed February 12, 2025, was heard on the appellate record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that the order of the Commissioner is affirmed.

We further order that all costs incurred by reason of this appeal be paid by appellee, Dr. Paz Elizondo.

We further order this decision certified below for observance.

Judgment Rendered November 25, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.